

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00105-CR

_____

DONALD ROBERT HANEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CR01730

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Donald Robert Haney appeals from the trial court's decision to adjudicate his guilt, convicting him of indecency with a child and sentencing him to ten years' imprisonment. Haney has filed a single brief in which he raises an issue common to all of his appeals.[1] He argues that the court "abused its discretion by revoking Haney's probation on a ground not alleged or necessarily included in the State's motions to adjudicate."

We addressed this issue in detail in our opinion of this date on Haney's appeal in cause number 06-13-00104-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:     December 27, 2013
Date Decided:       January 30, 2014

Do Not Publish

---

[1]Haney appeals from another conviction for indecency with a child in cause number 06-13-00104-CR.

2